THE STATE EX REL. EAGLE-PICHER INDUSTRIES, INC., APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE; WILLIAMS, APPELLANT.

[Cite as *State ex rel. Eagle–Picher Industries, Inc. v. Indus. Comm.* (2001), 92 Ohio St.3d 537.]

(No. 00–2113—Submitted June 20, 2001—Decided August 15, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.

---

*Bricker & Eckler, L.L.P., Bobbie S. Sprader* and *Thomas R. Sant,* for appellee Eagle–Picher Industries, Inc.

*Betty D. Montgomery,* Attorney General, and *William J. McDonald,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Law Offices of Thomas Tootle Co., L.P.A.,* and *Thomas Tootle,* for appellant.